07-158M

## Violation Notice

Violation Number: R3163336
Officer Name (Print): Huntsman, Kelly
Officer No: DE-10

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 03/31/2007 1857
Offense Charged: ☐ CFR ☒ USC ☐ State Code — 18 USC 641 H 1394
Place of Offense: Walsh Construction Site
Offense Description: Chevron Ave and Atlantic St.
Theft of personal property

### DEFENDANT INFORMATION

Last Name: Gouin
First Name: Bryan
MI: J.
Phone: ( )
Street Address: [redacted]
City: Leipsic    State: DE    Zip Code: 19953
Drivers License No: [redacted]    D L State: DE    Social Security No: [redacted]
Date of Birth (mm/dd/yyyy): 1983
☒ Adult ☐ Juvenile    Sex: ☒ Male ☐ Female    Hgt: 5'5"    Wgt: 135    Eyes: Blue    Hair: Brown

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

### VEHICLE DESCRIPTION

Tag No: C102947    State: DE    Year: 97    Make/Model: Dodge/Lava    Color: Brown    VIN:

PAY THIS AMOUNT →
Forfeiture Amount: $
+ $25 Processing Fee
Total Collateral Due: $

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
Court Address: The Federal Building, US District Court, 844 King Street, Wilmington DE 1801
Date (mm/dd/yyyy):     Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: _____

---

REDACTED

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 31 March, 2007 while exercising my duties as a law enforcement officer in the Kent District of Delaware.

Your Honor while performing officers law enforcement duties on Chevron AVE DE on 31 March 2007 a call was received that a theft of personal property at the Walsh Construction Site, on Chevron Ave and Atlantic St. upon investigation was determined that Gouin Bryan J had taken the property (copper wiring) and when confronted about the property returned same back to the Walsh Construction site supervisor.

The foregoing statement is based upon
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on 05/01/2007
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on _____
Date (mm/dd/yyyy)    US Magistrate Judge

CVR Scan 5/18/2007 11.06.28