IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA : 

    Plaintiff, :

    v. : VIOLATION NOTICE NO. R3163336

    Bryan J. Gouin :

    Defendant. :

## MOTION AND ORDER TO DISMISS

**NOW COMES** the United States of America, by its attorney, Colm F. Connolly, United States Attorney for the District of Delaware, and moves for the dismissal of the charges, with prejudice, in the above captioned case for _Bryan J. Gouin_.

                        COLM F. CONNOLLY
                        United States Attorney

BY: _____
                        NICHOLAS D. CARTER, Captain, USAF
                        Special Assistant United States Attorney

DATE: November 14, 2007

**IT IS SO ORDERED** this 14th day of November 2007.

FILED
NOV 1 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____
HONORABLE LEONARD P. STARK
United States Magistrate Judge